Carrie R. NORRIS, as Administratrix of the Goods, Chattels and Credits which were of Thomas J. Norris, deceased, Plaintiff-Appellant,

v.

UNITED STATES of America, Defendant-Appellee.

No. 242, Docket 23625.

United States Court of Appeals Second Circuit.

Argued Jan. 13, 1956.

Decided Jan. 13, 1956.

Gustave G. Rosenberg, Stanley Bryer, Lawrence M. Rosenberg, New York City, for appellant.

Warren E. Burger, Asst. Atty. Gen., Leonard P. Moore, U. S. Atty., Brooklyn, N. Y., Paul A. Sweeney and Morton Hollander, Attorneys, Department of Justice, Washington, D. C., for appellee.

Before CLARK, Chief Judge, and FRANK and LUMBARD, Circuit Judges.

PER CURIAM.

Order affirmed in open court on opinion below. 137 F.Supp. 11.

REFINED SYRUPS & SUGARS, Inc., Plaintiff-Appellant,

v.

The TRAVELERS INSURANCE COMPANY, Defendant-Appellee.

No. 161, Docket 23788.

United States Court of Appeals Second Circuit.

Argued Dec. 14 and 15, 1955.

Decided Jan. 11, 1956.

Barry, Treanor, Shandell & Brophy, New York City (James A. Treanor, Jr. and Joseph J. Brophy, New York City, of counsel), for plaintiff-appellant.

Galli & Locker, New York City (John G. Donovan, New York City, of counsel), for defendant-appellee.

Before CLARK, Chief Judge, and MEDINA and WATERMAN, Circuit Judges.

PER CURIAM.

Affirmed on opinion below, 136 F. Supp. 907, filed December 15, 1954.